UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 21-1729 & 21-3325
_____

ARCKANGE SAINT FORD,

Petitioner

v.

ATTORNEY GENERAL
UNITED STATES OF AMERICA,

Respondent

On Petition for Review of an Order of the
Board of Immigration Appeals
(Agency No. A209-873-543)
Immigration Judge: Mirlande Tadal

Argued on April 13, 2022

Before:  AMBRO, BIBAS, and ROTH, Circuit Judges

1.  Motion to Amend Published Opinion;

2.  Petitioner's Response to Motion to Amend Published Opinion

Respectfully,
Clerk/sb

_____ORDER_____
The foregoing motion is **GRANTED**.  The opinion and judgment filed on May 16, 2022 are hereby vacated.  The Clerk is directed to file the amended opinion and re-enter the judgment contemporaneously with this order.

By the Court,

s/ Jane R. Roth
Circuit Judge

Dated: October 11, 2022
Sb/cc: All Counsel of Record